UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALGER CAPITAL APPRECIATION FUND, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>BIOMARIN PHARMACEUTICAL INC, et al.,<br><br>            Defendants. | Case No. 23-cv-00826-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 50 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: November 13, 2023

_____
WILLIAM H. ORRICK
United States District Judge